# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0622

VERSUS

JOSEPH B. HILLIARD, SR.

**SEPTEMBER 9, 2024**

---

In Re:    Joseph B. Hilliard, Sr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 10-91-0924, 04-97-0631.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court is ordered to set a reasonable return date in this matter. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-3.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT